United States District Court
Southern District of Texas
**ENTERED**
October 20, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| ARTEMIO MANZANO ENRIQUEZ,<br>*Petitioner*, | §<br>§<br>§ | |
| v. | §<br>§<br>§ | CIVIL ACTION NO. 5:26-CV-01237 |
| MARKWAYNE MULLIN, DHS<br>Secretary, *et al.*,<br>*Respondents*. | §<br>§<br>§ | |

**ORDER OF DISMISSAL**

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1) and Respondents' Motion to Dismiss (Dkt. 12). Petitioner is a native and citizen of Mexico. (Dkt. 1 at 4). At the time the habeas petition was filed, Petitioner was detained at the Webb County Detention Center in Laredo, Texas. (Dkt. 1 at 11). Petitioner challenges his detention and seeks immediate release from custody. (Dkt. 1 at 50-51).

In their Motion to Dismiss, Respondents assert that Petitioner voluntarily departed the United States and is no longer in custody, (Dkt. 12 at 1), to which Petitioner offers no opposition.

Because Petitioner is no longer in custody, the petition is moot. Accordingly, the Court **DENIES** all pending motions and **DISMISSES** this action **WITHOUT PREJUDICE** as **MOOT**.

**ORDERED** this 20th day of October 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE